UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. DEVON WEBB**     **Docket. No. 19-6754 (JAD)**     **SBI: 707625D**

---

# PETITION FOR
# WRIT OF HABEAS CORPUS

1. DEVON WEBB, SBI#: 707625D, DOB: 7/22/1992, is now confined at Hudson County Jail, 30-35 Hackensack Avenue, Kearny, NJ 07032.

2. Said individual will be required at NEWARK, New Jersey, before the Honorable Susan D. Wigenton for a PLEA HEARING on Monday, 1/6/20, at 12:00 p.m. A Writ of Habeas Corpus should be issued for that purpose.

DATED: January 2, 2020

/s/ Tracey Agnew
TRACEY AGNEW
ASSISTANT U.S. ATTORNEY

---

## ORDER

Let the Writ Issue.

DATED: January 2, 2020

Hon. Susan D. Wigenton
UNITED STATES DISTRICT JUDGE

---

## WRIT OF HABEAS CORPUS

The United States of America to the Hudson County Jail, 30-35 Hackensack Avenue, Kearny, NJ 07032.

WE COMMAND YOU that you have the body of

**DEVON WEBB**
**SBI#: 707625D**
**DOB: 7/22/1992**

now confined at the Hudson County Jail, 30-35 Hackensack Avenue, Kearny, NJ 07032, be brought before the United States District Court, Honorable Susan D. Wigenton, M.L. King, Jr. Federal Building & U.S. Courthouse, Newark, New Jersey 07102, on Monday, January 6, 2020 at 11:30 a.m., so that he may appear for a PLEA HEARING at 12:00 p.m. in the above-captioned matter.

WITNESS the Honorable Susan D. Wigenton
United States DISTRICT JUDGE
Newark, New Jersey

DATED: January 2, 2020

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per _Carmen D. Soto_
Deputy Clerk